**No. 09-9251. Erik Donaire Constanza Bran, Petitioner v. United States.**

559 U.S. 1025, 130 S. Ct. 1931, 176 L. Ed. 2d 397, 2010 U.S. LEXIS 2388.

March 22, 2010. Petition for writ of certiorari to the United States Court of

Appeals for the District of Columbia Circuit denied.

Same case below, 353 Fed. Appx. 446.